```
             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

REX L. WAITS,                   :
                                :           NO. 1:07-CV-00473
        Plaintiffs,              :
                                :
    v.                          :
                                :           **OPINION AND ORDER**
COMMISSIONER OF SOCIAL          :
SECURITY,                       :
                                :
        Defendants.              :

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 10), to which there were no objections. The Court ADOPTS and AFFIRMS the Report and Recommendation in all respects.

On December 12, 2007, the Magistrate Judge entered his Report and Recommendation, that for good cause shown, the Court should grant the parties' joint request for a sentence four remand (doc. 10), and terminate the case pursuant to Fed. R. Civ. P. 58 (doc. 10). The Magistrate Judge further recommended that the Appeals Council vacate the Administrative Law Judge's February 22, 2005 decision, that the ALJ hold a new hearing, further develop the record, and issue a new decision (Id.).

Having reviewed this matter, and noting no objections, the Court finds the Magistrate Judge's Report and Recommendation well-taken. Accordingly, the Court ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation in all respects (doc. 10), GRANTS the Parties' Joint Request for a Sentence Four Remand

(doc. 9), and TERMINATES this case on the docket.  The Court further DIRECTS, consistent with the Magistrate Judge's recommendation, that the Appeals Council shall vacate the February 22, 2005 decision, and send the claim to the ALJ with instructions to hold a new hearing.  The ALJ shall further develop the record, and issue a new decision, considering all the evidence and articulating reasons for the weight attributed thereto.

       SO ORDERED.

Date: January 11, 2008    /s/ S. Arthur Spiegel
                                       S. Arthur Spiegel
                                       United States Senior District Judge